**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Walker, Demetra** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0542** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1739 N McVicker Ave**<br>**Chicago, IL**<br>ZIPCODE **60639** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br> | ZIPCODE |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☑ Chapter 13 |

Nature of Business block: **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts (Check **one** box.) ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (1/08)                                                                                         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Walker, Demetra** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Troy L Gleason*                              9/22/08<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Walker, Demetra** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X _/s/ Demetra Walker_      **Demetra Walker**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 22, 2008**
Date

**Signature of a Foreign Representative**

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _/s/ Troy L Gleason_
Signature of Attorney for Debtor(s)

**Troy L Gleason 6276510**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL 60602**

**(312) 578-9530**
Telephone Number

**September 22, 2008**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                      Case No. _____

Walker, Demetra                                                      Chapter **13**_____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Demetra Walker** _____

Date: **September 22, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                              Case No. _____

Walker, Demetra                                                                Chapter **13**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $       0.00 | | |
| B - Personal Property | Yes | 3 | $   29,160.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   36,301.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $   22,884.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $   2,058.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $   1,762.00 |
| TOTAL | | 15 | $   29,160.00 | $   59,185.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Walker, Demetra _____    Chapter **13** _____
                              Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,058.44 |
| Average Expenses (from Schedule J, Line 18) | $ | 1,762.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 2,675.94 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 8,091.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 22,884.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 30,975.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE __Walker, Demetra_____    Case No. _____
                              Debtor(s)                                               (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Walker, Demetra</u>                                                                                    Case No. _____
                             Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Guaranty Bank** | | **200.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | | **750.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Walker, Demetra_____    Case No. _____

                       Debtor(s)                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Chevy Malibu** | | **10,760.00** |
| | | **2007 Pontiac G6** | | **17,450.00** |
| | | **Cosignor only - primary to continue to pay** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Walker, Demetra** _____    Case No. _____
                          Debtor(s)                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **29,160.00** |

          (Include amounts from any continuation sheets attached.
          Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Walker, Demetra** _____    Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　　　☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Guaranty Bank** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **750.00** | **750.00** |
| **2007 Pontiac G6 Cosignor only - primary to continue to pay** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **17,450.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Walker, Demetra                                                      Case No. _____
_____
                Debtor(s)                                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30000182801171000**<br><br>**Drive Financial**<br>**8585 N Stemmons Fwy Ste 1100-n**<br>**Dallas, TX  75247** | | | **Installment account opened 8/08**<br><br><br>VALUE $ **17,450.00** | | | | **17,475.00** | **25.00** |
| ACCOUNT NO. **54771013698**<br><br>**Nuvell Credt**<br>**5700 Crooks Rd Ste 301**<br>**Troy, MI  48098** | | | **Installment account opened 6/05**<br><br><br>VALUE $ **10,760.00** | | | | **18,826.00** | **8,066.00** |
| ACCOUNT NO.<br><br>**Robert Cybak And Assoc**<br>**100 W Monroe St, Suite 800**<br>**Chicago, IL  60603** | | | **Assignee or other notification for:**<br>**Nuvell Credt**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

**0** continuation sheets attached

|  | | Subtotal<br>(Total of this page) | $ **36,301.00** | $ **8,091.00** |
|---|---|---|---|---|
|  | | Total<br>(Use only on last page) | $ **36,301.00** | $ **8,091.00** |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Walker, Demetra
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Walker, Demetra
_____                    Case No. _____
             Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Alliedinterstate**<br>**Po Box 1954**<br>**Southgate, MI  48195** | | | **student loans** | | | | **7,226.00** |
| ACCOUNT NO. **422709300515**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801** | | | **Revolving account opened 11/05** | | | | **1,172.00** |
| ACCOUNT NO.<br><br>**Arnold Scott Harris, PC**<br>**600 W Jackson Blvd, Ste 720**<br>**Chicago, IL  60661** | | | **tickets** | | | | **1,500.00** |
| ACCOUNT NO.<br><br>**Cash Call**<br>**Po Box 66007**<br>**Anaheim, CA  92816** | | | | | | | **463.00** |

_____**3**_____ continuation sheets attached

Subtotal
(Total of this page)   $  **10,361.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Walker, Demetra
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1782482**<br>**Cashcall Inc**<br>**1600 S Douglass Rd**<br>**Anaheim, CA  92806** | | | **Installment account opened 7/07** | | | | 2,476.00 |
| ACCOUNT NO. **7999805**<br>**Collection Company Of**<br>**700 Longwater Dr**<br>**Norwell, MA  02061** | | | **Open account opened 11/04** | | | | 67.00 |
| ACCOUNT NO.<br>**Affirmative Insurance - Nsf Ch** | | | **Assignee or other notification for:**<br>**Collection Company Of** | | | | |
| ACCOUNT NO.<br>**Gafco**<br>**205 W Wacker Drive Suite 3222**<br>**Chicago, IL  60606-1211** | | | | | | | 0.00 |
| ACCOUNT NO. **20754397**<br>**Great American Finance**<br>**205 W Wacker Dr**<br>**Chicago, IL  60606** | | | **Installment account opened 11/07** | | | | 3,063.00 |
| ACCOUNT NO. **8520483775**<br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | | **Open account opened 10/06** | | | | 781.00 |
| ACCOUNT NO.<br>**Aspire Visa** | | | **Assignee or other notification for:**<br>**Midland Credit Mgmt** | | | | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,387.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Walker, Demetra _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **356640542**<br>**National Credit Adjust**<br>**327 W 4th Ave**<br>**Hutchinson, KS  67501** | | | **Open account opened 12/07** | | | | **420.00** |
| ACCOUNT NO.<br>**Quickest-cash-advance.com** | | | **Assignee or other notification for:**<br>**National Credit Adjust** | | | | |
| ACCOUNT NO.<br>**Pekay And Blitstein**<br>**77 W. Washington, Ste 719**<br>**Chicago, IL  60602** | | | | | | | **1,931.00** |
| ACCOUNT NO.<br>**Citi Cash Loans** | | | **Assignee or other notification for:**<br>**Pekay And Blitstein** | | | | |
| ACCOUNT NO. **350003497**<br>**Peoples Engy**<br>**130 E Randolph**<br>**Chicago, IL  60601** | | | **Open account opened 11/03** | | | | **335.00** |
| ACCOUNT NO. **103851**<br>**Security Credit Llc**<br>**2612 Jackson Ave W**<br>**Oxford, MS  38655** | | | **Open account opened 6/07** | | | | **639.00** |
| ACCOUNT NO.<br>**Credit One Bank  N.a** | | | **Assignee or other notification for:**<br>**Security Credit Llc** | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,325.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Walker, Demetra_____                    Case No. _____
                   Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sun Cash** <br> **5800 W North Ave** <br> **Chicago, IL  60639** | | | **payday loan** | | | | **200.00** |
| ACCOUNT NO. **5851** <br> **Surety Fin** <br> **3414 W 79th** <br> **Chicago, IL  60652** | | | **Installment account opened 2/08** | | | | **236.00** |
| ACCOUNT NO. **119640910** <br> **Wfnnb/the Avenue** <br> **Po Box 2974** <br> **Shawnee Mission, KS  66201** | | | **Revolving account opened 6/04** | | | | **829.00** |
| ACCOUNT NO. <br> **World Financial Network National Bank** <br> **Po Box 182124** <br> **Columbus, OH  43218** | | | | | | | **829.00** |
| ACCOUNT NO. **1004291089** <br> **Zenith Acqu** <br> **220 John Glenn Dr # 1** <br> **Amherst, NY  14228** | | | | | | | **717.00** |
| ACCOUNT NO. <br> **Tribute Mastercard** | | | **Assignee or other notification for:** <br> **Zenith Acqu** | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to                                Subtotal    $    **2,811.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

                                                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $    **22,884.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Walker, Demetra**
_____    Case No. _____
                        Debtor(s)                                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __Walker, Demetra__ _____          Case No. _____
                              Debtor(s)                                           (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Walker, Demetra** _____    Case No. _____
 <span style="font-size:smaller">Debtor(s)</span>                                             <span style="font-size:smaller">(If known)</span>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unit Secretary** | |
| Name of Employer | **Swedish Covenant Hospital** | |
| How long employed | | |
| Address of Employer | **5145 N California Avenue**<br>**Chicago, IL  60625** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | | |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ __2,675.94__ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ __2,675.94__ | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ __617.50__ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ __617.50__ | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ __2,058.44__ | $ _____ |
| | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>  (Specify) _____ | $ _____<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ __2,058.44__ | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ __2,058.44__

<span style="font-size:smaller">(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)</span>

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

<span style="font-size:smaller">© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B6J (Official Form 6J) (12/07)

IN RE **Walker, Demetra** _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 800.00 |
| a. Are real estate taxes included?    Yes ____  No ✓ | |
| b. Is property insurance included?    Yes ____  No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 150.00 |
| b. Water and sewer | $ _____ |
| c. Telephone | $ 50.00 |
| d. Other | $ _____ |
| | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 51.00 |
| 8. Transportation (not including car payments) | $ 101.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ _____ |
| b. Life | $ _____ |
| c. Health | $ _____ |
| d. Auto | $ 100.00 |
| e. Other | $ _____ |
| | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ _____ |
| | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ _____ |
| b. Other | $ _____ |
| | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other | $ _____ |
| | $ _____ |
| | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ 1,762.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 2,058.44 |
| b. Average monthly expenses from Line 18 above | $ 1,762.00 |
| c. Monthly net income (a. minus b.) | $ 296.44 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Walker, Demetra</u>                                      Case No. _____
          Debtor(s)                                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 22, 2008** _____   Signature: */s/ Demetra Walker*
                                                                   **Demetra Walker**                                    Debtor

Date: _____   Signature: _____
                                                                                                              (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
                                                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                Case No. _____

Walker, Demetra _____    Chapter **13** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 29,718.00 | 2008 |
| 43,040.00 | 2007 |
| 37,679.00 | 2006 |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
**Complete a. or b., as appropriate, and c.**

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 22, 2008**     Signature   */s/ Demetra Walker*
           of Debtor                                                **Demetra Walker**

Date: _____     Signature _____
           of Joint Debtor
           (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                 Case No. _____

Walker, Demetra _____     Chapter **13** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 22, 2008** _____     */s/ Demetra Walker* _____
                                                                    Debtor


                                                                    _____
                                                                    Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Walker, Demetra**
1739 N McVicker Ave
Chicago, IL  60639

**Great American Finance**
205 W Wacker Dr
Chicago, IL  60606

**Wfnnb/the Avenue**
Po Box 2974
Shawnee Mission, KS  66201

**Gleason & Gleason**
77 W Washington, Ste 1218
Chicago, IL  60602

**Midland Credit Mgmt**
8875 Aero Dr
San Diego, CA  92123

**World Financial Network National Bank**
Po Box 182124
Columbus, OH  43218

**Alliedinterstate**
Po Box 1954
Southgate, MI  48195

**National Credit Adjust**
327 W 4th Ave
Hutchinson, KS  67501

**Zenith Acqu**
220 John Glenn Dr # 1
Amherst, NY  14228

**Applied Bank**
601 Delaware Ave
Wilmington, DE  19801

**Nuvell Credt**
5700 Crooks Rd Ste 301
Troy, MI  48098

**Arnold Scott Harris, PC**
600 W Jackson Blvd, Ste 720
Chicago, IL  60661

**Pekay And Blitstein**
77 W. Washington, Ste 719
Chicago, IL  60602

**Cash Call**
Po Box 66007
Anaheim, CA  92816

**Peoples Engy**
130 E Randolph
Chicago, IL  60601

**Cashcall Inc**
1600 S Douglass Rd
Anaheim, CA  92806

**Robert Cybak And Assoc**
100 W Monroe St, Suite 800
Chicago, IL  60603

**Collection Company Of**
700 Longwater Dr
Norwell, MA  02061

**Security Credit Llc**
2612 Jackson Ave W
Oxford, MS  38655

**Drive Financial**
8585 N Stemmons Fwy Ste 1100-n
Dallas, TX  75247

**Sun Cash**
5800 W North Ave
Chicago, IL  60639

**Gafco**
205 W Wacker Drive Suite 3222
Chicago, IL  60606-1211

**Surety Fin**
3414 W 79th
Chicago, IL  60652

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

Walker, Demetra                                                    Chapter **13**
_____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
**Litigation / Adversary Proceedings**
**Credit Counseling Fees**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 22, 2008**_____     _/s/ Troy L Gleason_
                    Date                                    Signature of Attorney

                                                    **Gleason & Gleason**
                                                    _____
                                                         Name of Law Firm

**Pay**

**Pay Statement**

 Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

SWEDISH COVENANT HOSPITAL

Demetra Walker
1739 N. McVicker
CHICAGO, IL 60639
SSN XXX-XX-0542

| | |
|---|---|
| Date | 05/02/2008 |
| Document no | 141944 |
| Net pay | 933.26 |

| Employee no | 066626 | FIT | S 0 | Period start | 04/13/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 04/26/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Education Hours | 0.00 | | 0.00 | 49.84 | Paid Time Off | 8.92 | 155.75 |
| Hol Premium | 0.00 | | 0.00 | 171.36 | | | |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 55.30 | | 138.25 | 1576.75 | | | |
| OT Premium | 8.30 | 15.4840 | 64.26 | 1182.72 | | | |
| OT Straight | 8.30 | 12.4600 | 103.42 | 1950.00 | | | |
| PM Differential | 0.00 | | 0.00 | 44.20 | | | |
| PTO | 0.00 | | 0.00 | 398.72 | | | |
| PTO | 24.00 | 12.4600 | 299.04 | 996.80 | | | |
| Regular | 48.00 | 12.4600 | 598.08 | 6704.73 | | | |
| WE Differential | 16.00 | | 32.00 | 338.00 | | | |
| **Total hours** | **80.30** | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| GEMPay - Chil | 0.00 | 5.00 | Federal Income | 155.26 | 2017.45 | XXXX4839 | Checking | 933.26 |
| Parking Garage | 15.00 | 100.00 | Employee Medica | 17.91 | 198.58 | | | |
| Wage Assign A | 0.00 | 338.61 | Social Security | 76.57 | 849.07 | Check amount | | 0.00 |
| * This deduction may be pre-tax | | | IL State Income | 37.05 | 410.85 | Total net pay | | 933.26 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1235.05 | 1235.05 | 286.79 | 15.00 | 933.26 |

Page 1 of 2

**Pay**

**Pay Statement**

SWEDISH COVENANT HOSPITAL

 Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

Demetra Walker
1739 N. McVicker
CHICAGO, IL 60639
SSN XXX-XX-0542

| | |
|---|---|
| Date | 04/18/2008 |
| Document no | 139966 |
| **Net pay** | **989.66** |

| | | | |
|---|---|---|---|
| Employee no | 066626 | FIT | S 0 | Period start | 03/30/2008 |
| Location | CHI | SIT res | S 0 | Period end | 04/12/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Education Hours | 0.00 | | 0.00 | 49.84 |
| Hol Premium | 0.00 | | 0.00 | 171.36 |
| Hol Straight | 0.00 | | 0.00 | 281.60 |
| NT Differential | 79.30 | | 198.25 | 1438.50 |
| OT Premium | 9.00 | 15.2872 | 68.79 | 1118.46 |
| OT Straight | 9.00 | 12.4600 | 112.14 | 1846.58 |
| PM Differential | 0.00 | | 0.00 | 44.20 |
| PTO | 0.00 | | 0.00 | 398.72 |
| PTO | 0.00 | | 0.00 | 697.76 |
| Regular | 72.30 | 12.4600 | 900.86 | 6106.65 |
| WE Differential | 15.80 | | 31.60 | 306.00 |
| **Total hours** | **81.30** | | | |

### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 8.92 | 170.83 |

### Deductions

| Deduction | Current | YTD |
|---|---|---|
| GEMPay - Chili | 0.00 | 5.00 |
| Parking Garage | 15.00 | 85.00 |
| Wage Assign A | 0.00 | 338.61 |
| * This deduction may be pre-tax | | |

### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Federal Income | 167.29 | 1862.19 |
| Employee Medica | 19.02 | 180.67 |
| Social Security | 81.32 | 772.50 |
| IL State Income | 39.35 | 373.80 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX4639 | Checking | 989.66 |
| **Check amount** | | 0.00 |
| **Total net pay** | | 989.66 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1311.64 | 1311.64 | 306.98 | 15.00 | 989.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YTD | 12459.67 | | 12459.67 | 3189.16 | 428.61 | 8841.90 |

**Pay**

**Pay Statement**

SWEDISH COVENANT HOSPITAL

## Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

Demetra Walker
1739 N. McVicker
CHICAGO, IL 60639
SSN XXX-XX-0542

| | |
|---|---|
| Date | 04/04/2008 |
| Document no | 137990 |
| **Net pay** | **905.52** |

| | | | | | |
|---|---|---|---|---|---|
| Employee no | 066626 | FIT | S 0 | Period start | 03/16/2008 |
| Location | CHI | SIT res | S 0 | Period end | 03/29/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Education Hours | 4.00 | 12.4600 | 49.84 | 49.84 | Paid Time Off | 8.92 | 161.91 |
| Hol Premium | 0.00 | | 0.00 | 171.36 | | | |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 47.10 | | 117.75 | 1240.25 | | | |
| OT Premium | 0.00 | | 0.00 | 1049.67 | | | |
| OT Straight | 0.00 | | 0.00 | 1734.44 | | | |
| PM Differential | 0.00 | | 0.00 | 44.20 | | | |
| PTO | 0.00 | | 0.00 | 398.72 | | | |
| PTO | 32.00 | 12.4600 | 398.72 | 697.76 | | | |
| Regular | 47.60 | 12.4600 | 593.10 | 5205.79 | | | |
| WE Differential | 15.80 | | 31.60 | 274.40 | | | |
| | | | | | | | |
| Total hours | 83.60 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| GEMPay - Chill | 0.00 | 5.00 | Federal Income | 148.65 | 1694.90 | XXXX4639 | Checking | 905.52 |
| Parking Garage | 10.00 | 70.00 | Employee Medica | | 17.27 | 161.65 | | |
| Wage Assign A | 0.00 | 338.61 | Social Security | 73.84 | 691.18 | Check amount | | 0.00 |
| * This deduction may be pre-tax | | | IL State Income | 35.73 | 334.45 | Total net pay | | 905.52 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1191.01 | 1191.01 | 275.49 | 10.00 | 905.52 |

09/18/2008  Case 08-25118 275-Doc  09/18/ESS PAYROLL-LIVE  Page 2 of 2

| YTD | 11148.03 | 11148.03 | 2882.18 | 413.6 | 7852.24 |

09/18/2008  02:01  773-275-3493                    DELIVERY                    PAGE  17/25

Page 1 of 2

**Pay**

**Pay Statement**

## Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

SWEDISH COVENANT HOSPITAL

| | |
|---|---|
| Demetra Walker | Date | 03/21/2008 |
| 1739 N. McVicker | Document no | 136002 |
| CHICAGO, IL 60639 | | |
| SSN XXX-XX-0542 | Net pay | 1259.66 |

| Employee no | 066626 | FIT | S 0 | Period start | 03/02/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 03/15/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Hol Premium | 0.00 | | 0.00 | 171.36 |
| Hol Straight | 0.00 | | 0.00 | 281.60 |
| NT Differential | 94.60 | | 236.50 | 1122.50 |
| OT Premium | 47.50 | 14.9251 | 354.47 | 1049.67 |
| OT Straight | 47.50 | 12.4600 | 591.85 | 1734.44 |
| PM Differential | 14.90 | | 29.80 | 44.20 |
| PTO | 0.00 | | 0.00 | 398.72 |
| PTO | 0.00 | | 0.00 | 299.04 |
| Regular | 80.00 | 12.4600 | 996.80 | 4612.69 |
| WE Differential | 24.00 | | 48.00 | 242.80 |
| | | | | |
| Total hours | 127.50 | | | |

### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 7.70 | 184.99 |

### Deductions

| Deduction | Current | YTD |
|---|---|---|
| GEMPay - Chill | 5.00 | 5.00 |
| Parking Garage | 10.00 | 60.00 |
| Wage Assign A | 338.61 | 338.61 |
| * This deduction may be pre-tax | | |

### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Federal Income | 403.74 | 1546.25 |
| Employee Medica | 32.73 | 144.38 |
| Social Security | 139.96 | 617.34 |
| IL State Income | 67.72 | 298.72 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX4639 | Checking | 1259.66 |
| Check amount | | 0.00 |
| Total net pay | | 1259.66 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 2257.42 | 2257.42 | 644.15 | 353.61 | 1259.66 |
| YTD | 9957.02 | 9957.02 | 2606.69 | 403.61 | 6946.72 |

https://mysch.schosp.org/WWW/TEMPLATES/ESS/EEPayrollPayStatementDetail.asp?R...  9/18/2008

Page 1 of 2

**Pay**

**Pay Statement**

 Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

SWEDISH COVENANT HOSPITAL

| | | |
|---|---|---|
| Demetra Walker | Date | 03/07/2008 |
| 1739 N. McVicker | Document no | 134028 |
| CHICAGO, IL 60639 | | |
| SSN XXX-XX-0542 | **Net pay** | **915.81** |

| Employee no | 066826 | FIT | S 0 | Period start | 02/17/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 03/01/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Hol Premium | 0.00 | | 0.00 | 171.36 | Paid Time Off | 7.70 | 177.29 |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 47.70 | | 119.25 | 886.00 | | | |
| OT Premium | 8.60 | 15.2389 | 65.53 | 695.20 | | | |
| OT Straight | 8.60 | 12.4600 | 107.16 | 1142.59 | | | |
| PM Differential | 0.00 | | 0.00 | 14.40 | | | |
| PTO | 0.00 | | 0.00 | 299.04 | | | |
| PTO | 32.00 | 12.4600 | 398.72 | 398.72 | | | |
| Regular | 40.00 | 12.4600 | 498.40 | 3615.89 | | | |
| WE Differential | 7.90 | | 15.80 | 194.80 | | | |
| | | | | | | | |
| Total hours | 80.60 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Parking Garage | 10.00 | 50.00 | Federal Income | 150.73 | 1142.51 | XXXX4639 | Checking | 915.81 |
| | | | Employee Medica | 17.47 | 111.65 | | | |
| * This deduction may be pre-tax | | | Social Security | 74.70 | 477.38 | **Check amount** | | 0.00 |
| | | | IL State Income | 36.15 | 231.00 | | | |
| | | | | | | **Total net pay** | | 915.81 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | 1204.86 | 1204.86 | 279.05 | 10.00 | 915.81 |
| **YTD** | 7699.60 | 7699.60 | 1962.54 | 50.00 | 5687.06 |

**Pay**

SWEDISH COVENANT HOSPITAL

**Pay Statement**

## Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

Demetra Walker
1739 N. McVicker
CHICAGO, IL 60639
SSN XXX-XX-0542

| | |
|---|---|
| Date | 02/22/2008 |
| Document no | 132041 |
| Net pay | 1269.85 |

| | | | | | |
|---|---|---|---|---|---|
| Employee no | 066626 | FIT | S 0 | Period start | 02/03/2008 |
| Location | CHI | SIT res | S 0 | Period end | 02/16/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Hol Premium | 0.00 | | 0.00 | 171.36 | Paid Time Off | 7.70 | 201.60 |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 85.80 | | 214.50 | 766.75 | | | |
| OT Premium | 28.50 | 15.1178 | 215.43 | 629.67 | | | |
| OT Straight | 28.50 | 12.4600 | 355.11 | 1035.43 | | | |
| PM Differential | 0.00 | | 0.00 | 14.40 | | | |
| PTO | 0.00 | | 0.00 | 299.04 | | | |
| Regular | 72.30 | 12.4600 | 900.86 | 3117.49 | | | |
| WE Differential | 26.70 | | 53.40 | 179.00 | | | |
| Total hours | 100.80 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Parking Garage | 10.00 | 40.00 | Federal Income | 274.21 | 991.78 | XXXX4639 | Checking | 1269.85 |
| | | | Employee Medica | 25.22 | 94.18 | | | |
| *This deduction may be pre-tax | | | Social Security | 107.84 | 402.68 | Check amount | | 0.00 |
| | | | IL State income | 52.18 | 194.85 | Total net pay | | 1269.85 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1739.30 | 1739.30 | 459.45 | 10.00 | 1269.85 |
| YTD | 6494.74 | 6494.74 | 1683.49 | 40.00 | 4771.25 |

09/18/2008 09:03 7085472755 SCH LASER DELIVERY

Page 1 of 2

Pay

Pay Statement

 Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

SWEDISH COVENANT HOSPITAL

| | | |
|---|---|---|
| Demetra Walker | Date | 02/08/2008 |
| P.O. BOX 388233 | | |
| 4624 S LAWLER | Document no | 130073 |
| CHICAGO, IL 60638 | | |
| SSN XXX-XX-0542 | Net pay | 912.60 |

| Employee no | 066626 | FIT | S 0 | Period start | 01/20/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 02/02/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Hol Premium | 0.00 | | 0.00 | 171.36 | Paid Time Off | 7.66 | 193.90 |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 47.70 | | 119.25 | 552.25 | | | |
| OT Premium | 7.60 | 15.1768 | 57.67 | 414.24 | | | |
| OT Straight | 7.60 | 12.4600 | 94.70 | 680.32 | | | |
| PM Differential | 0.00 | | 0.00 | 14.40 | | | |
| PTO | 24.00 | 12.4600 | 299.04 | 299.04 | | | |
| Regular | 48.00 | 12.4600 | 598.08 | 2216.63 | | | |
| WE Differential | 15.90 | | 31.80 | 125.60 | | | |
| Total hours | 79.60 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Parking Garage | 10.00 | 30.00 | Federal Income | 150.08 | 717.57 | XXXX4639 | Checking | 912.60 |
| | | | Employee Medica | 17.41 | 68.96 | | | |
| * This deduction may be pre-tax | | | Social Security | 74.43 | 294.84 | Check amount | | 0.00 |
| | | | IL State Income | 36.02 | 142.67 | Total net pay | | 912.60 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1200.54 | 1200.54 | 277.94 | 10.00 | 912.60 |
| YTD | 4755.44 | 4755.44 | 1224.04 | 30.00 | 3501.40 |

Page 1 of 2

**Pay**

**Pay Statement**

SWEDISH COVENANT HOSPITAL

## Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

Demetra Walker
P.O. BOX 388233
4824 S LAWLER
CHICAGO, IL 60638
SSN XXX-XX-0542

| | |
|---|---|
| Date | 01/25/2008 |
| Document no | 128156 |
| Net pay | 1213.50 |

| Employee no | 066626 | FIT | S 0 | Period start | 01/06/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 01/19/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Hol Premium | 0.00 | | 0.00 | 171.36 | Paid Time Off | 7.70 | 210.24 |
| Hol Straight | 0.00 | | 0.00 | 281.60 | | | |
| NT Differential | 86.30 | | 215.75 | 433.00 | | | |
| OT Premium | 24.20 | 15.1813 | 183.69 | 356.57 | | | |
| OT Straight | 24.20 | 12.4600 | 301.53 | 585.62 | | | |
| PM Differential | 0.00 | | 0.00 | 14.40 | | | |
| Regular | 72.50 | 12.4600 | 903.35 | 1618.55 | | | |
| WE Differential | 23.70 | | 47.40 | 93.80 | | | |
| | | | | | | | |
| Total hours | 96.70 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Parking Garage | 10.00 | 20.00 | Federal Income | 252.31 | 567.49 | XXXX4639 | Checking | 1213.50 |
| | | | Employee Medica | 23.95 | 51.55 | | | |
| * This deduction may be pre-tax | | | Social Security | 102.41 | 220.41 | Check amount | | 0.00 |
| | | | IL State Income | 49.55 | 106.65 | Total net pay | | 1213.50 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1651.72 | 1651.72 | 428.22 | 10.00 | 1213.50 |
| YTD | 3554.90 | 3554.90 | 946.10 | 20.00 | 2588.80 |

09/18/... SCH 125-18275 (RMB DELIVERY) ...

Page 1 of 2

**Pay**

**Pay Statement**

SWEDISH COVENANT HOSPITAL

## SC Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

| | |
|---|---|
| Demetra Walker | |
| P.O. BOX 388233 | **Date** 01/11/2008 |
| 4624 S LAWLER | |
| CHICAGO, IL 60638 | **Document no** 124421 |
| SSN XXX-XX-0542 | **Net pay** 1375.30 |

| Employee no | 066626 | FIT | S 0 | Period start | 12/23/2007 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 01/05/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Hol Premium | 22.60 | 15.1648 | 171.36 | 171.36 | Paid Time Off | 7.70 | 202.54 |
| Hol Straight | 22.60 | 12.4600 | 281.60 | 281.60 | | | |
| NT Differential | 86.90 | | 217.25 | 217.25 | | | |
| OT Premium | 22.80 | 15.1648 | 172.88 | 172.88 | | | |
| OT Straight | 22.80 | 12.4600 | 284.09 | 284.09 | | | |
| PM Differential | 7.20 | | 14.40 | 14.40 | | | |
| Regular | 57.40 | 12.4600 | 715.20 | 715.20 | | | |
| WE Differential | 23.20 | | 46.40 | 46.40 | | | |
| **Total hours** | 102.80 | | | | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Parking Garage | 10.00 | 10.00 | Federal Income | 315.18 | 315.18 | XXXX4639 | Checking | 1375.30 |
| | | | Employee Medica | 27.60 | 27.60 | | | |
| * This deduction may be pre-tax | | | Social Security | 118.00 | 118.00 | **Check amount** | | 0.00 |
| | | | IL State Income | 57.10 | 57.10 | **Total net pay** | | 1375.30 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | 1903.18 | 1903.18 | 517.88 | 10.00 | 1375.30 |
| **YTD** | 1903.18 | 1903.18 | 517.88 | 10.00 | 1375.30 |

DEMETRA WALKER     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

| | | | |
|---|---|---|---|
| 16 | Tax amount from Page 1, Step 6, Line 15 | 16 | 1,070.00 |

**Step 7: Payments and Credits**

| | | | |
|---|---|---|---|
| 17 | Illinois income Tax withheld. Attach W-2 and 1099 forms. | 17 | 1,130.0 |
| 18 | Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2005 return | 18 | |
| 19 | Income tax paid to another state while an Illinois resident. Attach Schedule CR and other states' returns. | 19 | |
| 20 | Illinois Property Tax credit. **Complete PT Worksheet in instructions.** | | |
| | PT Worksheet Line 3 amount    20a | | |
| | PT Worksheet Line 9 amount | 20b | |
| 21 | K-12 Education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED.** | | |
| | ED Worksheet or Sch ED Line 1 amount | | |
| | ED Worksheet or Sch ED Line 10 amount | 21b | |
| 22 | Earned Income Credit. **Complete EIC Worksheet in instructions.** | | |
| | EIC Worksheet Line 1 amount    22a | | |
| | EIC credit amount from the EIC Worksheet | 22b | |
| | Check if you have a qualifying child (living with you) born after 12/31/88. ☐ | | |
| 23 | Income tax credit amount from Schedule 1299-C. **Attach Schedule 1299-C.** | 23 | |
| 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. | 24 | 1,130.00 |

**Step 8: Overpayment or Tax Due**

| | | | |
|---|---|---|---|
| 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment. | 25 | 60.00 |
| 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due. | 26 | |

**Step 9: Penalty**

| | | | |
|---|---|---|---|
| 27 | Late-payment penalty for underpayment of estimated tax. | 27 | |
| | a Check if you annualized your income on Form IL-2210. Skip (b) if you are 65 or older and permanently living in a nursing home. Attach Form IL-2210. ☐ | | |
| | b Check if at least two-thirds of your federal gross income is from farming ☐ | | |

**Step 10: Donations** Any donation will reduce your refund or increase the amount you owe

| | | | |
|---|---|---|---|
| 28 | Amount you wish to donate to one or more of the following voluntary contribution funds: | | |
| | Wildlife   a    Multiple Sclerosis   f    Pet Population | | |
| | Child Abuse   b    Military Family   g    Energy Asst | | |
| | Alzheimer's    Lou Gehrig's   h | | |
| | Homeless    Veterans' Home   i | | |
| | Breast Cancer    Diabetes | | |
| | Add Lines a through i (not more than your donations total) | | |
| 29 | Add Line 27 and 28. This is your total penalty and donations. | 29 | 0.00 |

**Step 11: Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | 60.00 |
| 31 | **Amount from Line 30 that you want applied to 2007 estimated tax** | 31 | |
| 32 | Subtract Line 31 from Line 30. This is your refund. | 32 | 60.00 |
| 33 | Complete to direct deposit your refund | | |
| | Routing number   0 7 1 9 7 X X X X    X Checking or ☐ Savings | | |
| | Account number   5 0 2 4 4 X X 3 9 | | |
| 34 | If you have tax due on Line 26, add Line 26 and 29. If you have an overpayment on Line 25 and the amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe. | 34 | |

**Direct Deposit** ➤ See instructions for payment options.

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
|---|---|---|---|---|
| | | (773) 237-1739 | | |
| Paid preparer's signature | Date 09/17/08 | Preparer's phone number (773) 384-1115 | Preparer's FEIN, SSN, or PTIN 43-1862123 | |

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R13/06)   OR ___ AP ___   CA DE EL EV LP ME MO PR RM RR   T TV WA WT WV ZZ

1040 (2006)

IL1040-2V 1.13

Swedish Covenant Hospital
TECHNOLOGY CHANGES. COMPASSION DOES NOT.

5145 North California Ave. | Chicago, Illinois | 60625 | 773-878-2800 | TTY 773-907-3044 | www.schosp.org

## FACSIMILE TRANSMISSION COVER SHEET

Documents Sent From Fax # 773-293-3210

ATTN TO: TROY L. GLEASON

FAX #: 312 - 578 - 9524

FROM: DEMETRA WALKER

DATE:

TOTAL NUMBER OF PAGES BEING SENT (INCLUDING COVER SHEET): 07

☑ As Requested

☐ For Your Information

☐ Original Document Will Be Mailed To You

☐ Original Document Will Be Retained By Us

☐ Please Review and Respond

☐ This Transmission Requires Your IMMEDIATE ATTENTION

PLEASE DON'T FAX ANYTHING
TO THIS NUMBER.
THANK YOU Demetra

IF YOU HAVE ANY QUESTIONS OR YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL ME AT 773-878-8200 x3050

*************Confidentiality Statement*************
This fax is intended only for the use of the individual or entity to which it is addressed and my contain information that
is privileged and confidential. If the reader of this message is not the intended recipient, please notify the sender
immediately by replying to this fax and then destroy it. Any review, dissemination, distribution, or reproduction of this
fax by unintended recipients is strictly prohibited and may be subject legal restriction. Thank you for your cooperation.

Department of the Treasury - Internal Revenue Service

Form **1040EZ**

**Income Tax Return for Single and Joint Filers With No Dependents**   **2007**

OMB No. 1545-0074

| | |
|---|---|
| **Label** (See page 8.) Use the IRS label. Otherwise, please print or type. | DEMETRA WALKER<br>1739 N MCVICKER AVE<br>CHICAGO, IL 60639 |

Your social security number 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

Spouse's social security no.

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** (page 9)
Check here if you, or your spouse if a joint return, want $3 to go to this fund ► ☐ You  ☐ Spouse

**Income**

Attach Form(s) W-2 here.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2.<br>Attach your Form(s) W-2. | 1 | 43,041. |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 10). | 3 | |
| 4 | Add lines 1, 2, and 3. This is your adjusted gross income. | 4 | 43,041. |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the separate worksheet on back.<br>☐ You  ☐ Spouse<br>If no one can claim you (or your spouse if a joint return), enter $8,750 if **single**; $17,500 if **married filing jointly**. See page 2 for explanation. | 5 | 8,750. |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-.<br>This is your **taxable income**. | 6 | 34,291. |

**Payments and tax**

| | | | |
|---|---|---|---|
| 7 | Federal income tax withheld from box 2 of your Form(s) W-2. | 7 | 6,699. |
| 8a | Earned income credit (EIC). | 8a | |
| b | Nontaxable combat pay election. 8b | | |
| 9 | Add lines 7 and 8a. These are your **total payments**. | 9 | 6,699. |
| 10 | Tax. Use the amount on **line 6 above** to find your tax in the tax table on pages 18-26 of the booklet. Then, enter the tax from the table on this line. | 10 | 4,993. |

**Refund**

Have it directly deposited! See page 15 and fill in 11b, 11c, and 11d or Form 8888.

| | | | |
|---|---|---|---|
| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund**.<br>If Form 8888 is attached, check here ► ☐ | 11a | 1,706. |
| ► b | Routing number 031101208  ► c Type: ☒ Checking  ☐ Savings | | |
| ► d | Account number 10877983356640542 | | |

**Amount you owe**

| | | | |
|---|---|---|---|
| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe**. For details on how to pay, see page 16. | 12 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 16)? ☒ Yes. Complete the following. ☐ No

Designee's name ► HR BLOCK

Phone no. ► (773) 384-1115

Personal ID number (PIN) ► 13654

**Sign here**

Joint return? See page 6.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| | | |
|---|---|---|
| Your signature<br>- For Information Only - | Date | Your occupation SECRETARY |
| Spouse's signature. If a joint return, both must sign.<br>----- Do Not File ----- | Date | Spouse's occupation |

Daytime phone number

**Paid preparer's use only**

| | | |
|---|---|---|
| Preparer's signature | Date 9/17/2008 | Check if self-employed ☐ |
| Firm's name (for yours if self-employed), address, and ZIP code ► | H AND R BLOCK ENTERPRISES INC  EIN 43-1862223<br>CHICAGO, IL 60639 | Phone no. (773) 384-1115 |

Preparer's SSN or PTIN P00089606

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 32.

Form **1040EZ** (2007)

1040EZ (2007)

FD1040EZ-1V1.2

Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

| | | | |
|---|---|---|---|
| 13 | Residents only: Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | 13 | 41,041.00 |
| 14 | Nonresidents and part-year residents only:<br>Check the box that applies to you during 2007 ☐ Nonresident ☐ Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. | 14 | |

**Step 6: Tax**

| | | | |
|---|---|---|---|
| 15 | Residents: Multiply Line 13 by 3% (.03). Write the result here. This is your tax.<br>Nonresidents and part-year residents: Write the tax from Schedule NR.<br>This amount may not be less than zero. | 15 | 1,231.00 |

IL-1040 page 1 (R-12/07)

3018

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED to provide information could result in a penalty. This form has been approved by the Forms Management Center. eligible to IL-492-0061

1040 (2007)

IL1040-1V1.13

Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

WALKER    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

| | 16 | Tax amount from Page 1, Step 6, Line 15 | 16 | 1,231.00 |

**Step 7: Payments and Credits**

| | | | | |
|---|---|---|---|---|
| | 17 | Illinois Income Tax withheld. **Attach** W- 2 and 1099 forms. | 17 | 1,291.00 |
| Nonresidents may not claim a credit on Lines 19, 20, or 21. The total of Lines 19, 20a and 21b may not exceed the tax amount on Line 16. | 18 | Estimated payments from Forms IL- 505- I and IL- 1040- ES, including overpayment applied from Line 31 of your 2006 return. | 18 | |
| | 19 | Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. | 19 | |
| | 20 | Illinois Property Tax credit. **Complete PT Worksheet in Instructions.** PT Worksheet Line 3 amount **20a** _____ PT Worksheet Line 8 amount | 20b | |
| | 21 | K- 12 Education expense credit. **Complete ED Worksheet in instructions. or Schedule ED. Attach** receipt or Schedule ED. ED Worksheet or Sch ED Line 1 amount **21a** _____ ED Worksheet or Sch ED Line 10 amount | 21b | |
| | 22 | Earned Income Credit. **Complete EIC Worksheet in instructions.** EIC Worksheet Line 1 amount **22a** _____ EIC Worksheet Line 4 amount | 22b | |
| | 23 | Income tax credit amount from Schedule 1299- C. **Attach** Schedule 1299- C. | 23 | |
| | 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is your payments and credits total. | 24 | 1,291.00 |

**Step 8: Overpayment or Tax Due**

| | | | | |
|---|---|---|---|---|
| | 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment. | 25 | 60.00 |
| | 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due. | 26 | |

**Step 9: Penalty**

| | | | | |
|---|---|---|---|---|
| | 27 | Late- payment penalty for underpayment of estimated tax | 27 | |
| | | a  Check if you annualized your income on Form IL- 2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach Form IL- 2210.** | | |
| | | b  Check if at least two- thirds of your federal gross income is from farming .......... ☐ | | |

**Step 10: Donations**  Any donation will reduce your refund or increase the amount you owe

| | | | | |
|---|---|---|---|---|
| | 28 | Amount you wish to donate to one or more of the following voluntary contribution funds: | | |
| | | Wildlife  a _____ Breast Cancer  e _____ Diabetes  i _____ | | |
| | | Child Abuse  b _____ Multiple Sclerosis  f _____ Autoimmune  j _____ | | |
| | | Alzheimer's  c _____ Military Family  g _____ Lung Cancer  k _____ | | |
| | | Homeless  d _____ IL Veterans' Home  h _____ | | |
| | | Add Lines a through k. This is your donations total. | 28 | |
| | 29 | Add Line 27 and Line 28. This is your penalty and donations total. | 29 | 0.00 |

**Step 11: Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| | 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | 60.00 |
| | 31 | **Amount** from Line 30 that you want applied to 2008 estimated tax | 31 | |
| | 32 | Subtract Line 31 from Line 30. This is your refund. | 32 | 60.00 |

➡ **Direct Deposit**  Complete to direct deposit your refund
Routing number  **071974408**  ☒ Checking or ☐ Savings
Account number  **50244639**

| | | | | |
|---|---|---|---|---|
| See instructions for payment options. | 34 | If you have tax due on Line 26, add Lines 26 and 29. **OR** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe. | 34 | |

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

**For Information Only**         **(773) 237-1739**    **For Information Only**
Your signature                 Date  Daytime phone number        Your spouse's signature           Date

                    **09/17/08**  **(773) 384-1115**  **43-1862223**
Paid preparer's signature        Date  Preparer's phone number  Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:          If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE            ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001                SPRINGFIELD IL 62726-0001

IL- 1040 page 2 (R12/07)   DR ____ AP ____ CA  DE  EV  ME  MO  PR  RM  RR  TT  TV  WA  WT  WV  ZZ  ID ____

1040 (2007)          IL1040- 2V 1.13
Form Software Copyright 1996- 2008 H&R Block Tax Services, Inc.



B071656                    60639        IRS USE ONLY        WI        0  0        200836  CP  71

**Department of the Treasury**
**Internal Revenue Service**
Kansas City, MO  64999-0010

For assistance, call:
1-800-829-0922
**Your Caller ID:** 710195
**Notice Number:** CP71
**Date:** September 15, 2008

**Taxpayer Identification Number:**
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
**Tax Form:** 1040EZ
**Tax Year:** December 31, 2000

044599.535976.0107.005 1 AT 0.346 920

DEMETRA  WALKER
1739 N MCVICKER AVE
CHICAGO  IL   60639-3905397

044599

---

### Reminder: You owe past due taxes for 2000

|  |  |
|---|---|
| **Amount Owed:** | $195.21 |
| **Pay by:** | September 25, 2008 |

**Why am I getting this notice?**

You have a past due tax balance for 2000. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2000 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-0922 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 25, 2008, we will continue to add penalties and interest until the amount is paid in full.*

Page 1

**Pay**                                        SWEDISH COVENANT HOSPITAL

**Pay Statement**

**SC** Swedish Covenant Hospital          SWEDISH COVENANT HOSPITAL

| | | |
|---|---|---|
| **Demetra Walker** | **Date** | 06/27/2008 |
| **1739 N. McVicker** | | |
| **CHICAGO, IL 60639** | **Document no** | 149917 |
| **SSN XXX-XX-0542** | **Net pay** | 1561.67 |

| Employee no | 066626 | FIT | S 0 | Period start | 06/08/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 06/21/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

| Earnings | | | | | Employee Paid Time Off | | |
|---|---|---|---|---|---|---|---|
| Pay type | Hours | Pay rate | Current | YTD | Plan | Current | Balance |
| Education Hours | 0.00 | | 0.00 | 49.84 | Paid Time | | |
| Hol Premium | 0.00 | | 0.00 | 230.74 | Off | 8.92 | 191.43 |
| Hol Straight | 0.00 | | 0.00 | 378.79 | | | |
| NT Differential | 102.70 | | 256.75 | 2463.50 | | | |
| OT Premium | 41.40 | 15.4859 | 320.56 | 2242.36 | | | |
| OT Straight | 41.40 | 12.4600 | 515.84 | 3674.46 | | | |
| PM Differential | 8.00 | | 16.00 | 137.40 | | | |
| PTO | 0.00 | | 0.00 | 398.72 | | | |
| PTO | 0.00 | | 0.00 | 996.80 | | | |
| Regular | 80.00 | 12.4600 | 996.80 | 10594.74 | | | |
| WE Differential | 47.30 | | 94.60 | 666.80 | | | |
| | | | | | | | |
| Total hours | 121.40 | | | | | | |

| Deductions | | | Taxes | | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount | |
| GEMPay - Child | 0.00 | 7.68 | Federal Income | 389.52 | 3409.85 | XXXX4639 | Checking | 1561.67 | |
| Parking Garage | 15.00 | 160.00 | Employee Medical | | 31.91 | 316.61 | | | | |
| Wage Assign A | 0.00 | 338.61 | | | | | | | |
| | | | Social Security | 136.43 | 1353.71 | **Check amount** | | 0.00 | |
| *This deduction may be pre-tax* | | | IL State Income | 66.02 | 655.04 | **Total net pay** | | 1561.67 | |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 2200.55 | 2200.55 | 623.88 | 15.00 | 1561.67 |

**Pay**

SWEDISH COVENANT HOSPITAL

**Pay Statement**

# SC Swedish Covenant Hospital

SWEDISH COVENANT HOSPITAL

Demetra Walker
1739 N. McVicker
CHICAGO, IL 60639
SSN XXX-XX-0542

| | |
|---|---|
| Date | 06/13/2008 |
| Document no | 147935 |
| Net pay | 1424.95 |

| Employee no | 066626 | FIT | S 0 | Period start | 05/25/2008 |
|---|---|---|---|---|---|
| Location | CHI | SIT res | S 0 | Period end | 06/07/2008 |
| Division | 08 | SIT work | S 0 | Pay group | SCH - Swedish Covenant Hospital |
| Cost Center | 00646 | | | Job | 0140 |
| | | | | Pay frequency | Biweekly |
| | | | | Pay rate | 12.4600 |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Education Hours | 0.00 | | 0.00 | 49.84 |
| Hol Premium | 7.80 | 15.2255 | 59.38 | 230.74 |
| Hol Straight | 7.80 | 12.4600 | 97.19 | 378.79 |
| NT Differential | 79.20 | | 198.00 | 2206.75 |
| OT Premium | 31.30 | 15.2255 | 238.28 | 1921.80 |
| OT Straight | 31.30 | 12.4600 | 390.00 | 3158.62 |
| PM Differential | 8.00 | | 16.00 | 121.40 |
| PTO | 0.00 | | 0.00 | 398.72 |
| PTO | 0.00 | | 0.00 | 996.80 |
| Regular | 72.20 | 12.4600 | 899.61 | 9597.94 |
| WE Differential | 46.90 | | 93.80 | 572.20 |
| | | | | |
| Total hours | 111.30 | | | |

## Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 8.92 | 182.51 |

## Deductions

| Deduction | Current | YTD |
|---|---|---|
| GEMPay - Chili | 2.68 | 7.68 |
| Parking Garage | 15.00 | 145.00 |
| Wage Assign A | 0.00 | 338.61 |
| * This deduction may be pre-tax | | |

## Taxes

| Tax code | Current | YTD |
|---|---|---|
| Federal Income | 337.45 | 3020.33 |
| Employee Medica | 28.89 | 284.70 |
| Social Security | 123.52 | 1217.28 |
| IL State Income | 59.77 | 589.02 |

## Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX4639 | Checking | 1424.95 |
| Check amount | | 0.00 |
| Total net pay | | 1424.95 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 1992.26 | 1992.26 | 549.63 | 17.68 | 1424.95 |

Form
**1040EZ**

Department of the Treasury - Internal Revenue Service
**Income Tax Return for Single and Joint Filers With No Dependents**   **2007**

OMB No. 1545-0074

| | |
|---|---|
| **Label** (See page 8.) Use the IRS label. Otherwise, please print or type. | DEMETRA WALKER<br>1739 N MCVICKER AVE<br>CHICAGO, IL 60639 |

Your social security number  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
Spouse's social security no.

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** (page 9) ▶  Check here if you, or your spouse if a joint return, want $3 to go to this fund ▶  ☐ You  ☐ Spouse

**Income**
Attach Form(s) W-2 here.
Enclose, but do not attach, any payment.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | | 1 | 43,041. |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 10). | | 3 | |
| 4 | Add lines 1, 2, and 3. This is your adjusted gross income. | | 4 | 43,041. |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the separate worksheet on back. | | | |
| | ☐ You   ☐ Spouse | | | |
| | If no one can claim you (or your spouse if a joint return), enter $8,750 if single; $17,500 if married filing jointly. See page 2 for explanation. | | 5 | 8,750. |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your taxable income. | | 6 | 34,291. |

**Payments and tax**

| | | | | |
|---|---|---|---|---|
| 7 | Federal income tax withheld from box 2 of your Form(s) W-2. | | 7 | 6,699. |
| 8a | Earned income credit (EIC). | | 8a | |
| b | Nontaxable combat pay election. | 8b | | |
| 9 | Add lines 7 and 8a. These are your total payments. | | 9 | 6,699. |
| 10 | Tax. Use the amount on line 6 above to find your tax in the tax table on pages 18-26 of the booklet. Then, enter the tax from the table on this line. | | 10 | 4,993. |

**Refund**
Have it directly deposited! See page 15 and fill in 11b, 11c, and 11d or Form 8888.

| | | | | |
|---|---|---|---|---|
| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your refund. If Form 8888 is attached, check here ▶ ☐ | | 11a | 1,706. |

▶ b Routing number  031101208   ▶ c Type: ☒ Checking  ☐ Savings

▶ d Account number  10877983356640542

**Amount you owe**

| | | | | |
|---|---|---|---|---|
| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the amount you owe. For details on how to pay, see page 16. | | 12 | |

**Third party designee**
Do you want to allow another person to discuss this return with the IRS (see page 16)?  ☒ Yes. Complete the following.  ☐ No
Designee's name ▶ HR BLOCK   Phone no. ▶ (773) 384-1115   Personal ID number (PIN) ▶ 13654

**Sign here**
Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See page 6.
Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature  - For Information Only - | Date | Your occupation  SECRETARY | Daytime phone number |
| Spouse's signature. If a joint return, both must sign.  ----- Do Not File ------ | Date | Spouse's occupation | |

**Paid preparer's use only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date 9/17/2008 | Check if self-employed ☐ | Preparer's SSN or PTIN P00089606 |
| Firm's name (or yours if self-employed), address, and ZIP code | H AND R BLOCK ENTERPRISES INC  CHICAGO, IL 60639 | EIN 42-1863223 | Phone no. (773) 384-1115 |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 32.   Form 1040EZ (2007)

1040EZ (2007)   FD1040EZ-1V1.2
Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

09/18/2008  02:01    773-275-2433    09/22/08-IV#1

**Illinois Department of Revenue**
## 2007 Form IL-1040
tax.illinois.gov ↩ Individual Income Tax Return  or for fiscal year ending _____ /08

Do not write above this line.

### Step 1: Personal information

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

DEMETRA WALKER

1739 N MCVICKER AVE
CHICAGO IL 60639

**C** Filing status (see instructions)
[X] Single or head of household  [ ] Married filing jointly  [ ] Married filing separately  [ ] Widowed

### Step 2: Income

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | 43,041.00 |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. Attach Schedule M. | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 | 43,041.00 |

### Step 3: Base Income

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1. | 5 | |
| 6 | Military pay earned if included in Step 2, Line 1. Attach military W-2. | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 | |
| 9 | Other subtractions to your income. Attach Schedule M. Check if Line 9 includes any amount from Schedule 1299-C [ ] | 9 | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | 10 | |
| 11 | Subtract Line 10 from Line 4. This is your Illinois base income. | 11 | 43,041.00 |

### Step 4: Exemptions

See instructions before completing Line 12.

| | | | |
|---|---|---|---|
| 12 | a Number of exemptions from your federal return  1  X $2,000 | a | 2,000.00 |
| | b If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.  ___ X $2,000 | b | |
| | c Check if 65 or older: [ ] You + [ ] Spouse = ___ X $1,000 | c | |
| | d Check if legally blind: [ ] You + [ ] Spouse = ___ X $1,000 | d | |
| | Add a through d. This is your total Illinois exemption allowance. | 12 | 2,000.00 |

### Step 5: Net Income

| | | | |
|---|---|---|---|
| 13 | Residents only: Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | 13 | 41,041.00 |
| 14 | Nonresidents and part-year residents only: Check the box that applies to you during 2007 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. | 14 | |

### Step 6: Tax

| | | | |
|---|---|---|---|
| 15 | Residents: Multiply Line 13 by 3% (.03). Write the result here. This is your tax. Nonresidents and part-year residents: Write the tax from Schedule NR. This amount may not be less than zero. | 15 | 1,231.00 |

IL-1040 page 1 (R-12/07)
3018

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0075.

1040 (2007)                              IL1040-1V 1.13
Copyright 1996 - 2008 H&R Block Tax Services, Inc.

WALKER  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

| | | | | |
|---|---|---|---|---|
| 16 | Tax amount from Page 1, Step 6, Line 15 | | 16 | 1,231.00 |

**Step 7: Payments and Credits**

| | | | | |
|---|---|---|---|---|
| 17 | Illinois Income Tax withheld. **Attach** W-2 and 1099 forms. | | 17 | 1,291.00 |
| 18 | Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2006 return | | 18 | |
| 19 | Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. | | 19 | |
| 20 | Illinois Property Tax credit. **Complete PT Worksheet in instructions.** | | | |
| | PT Worksheet Line 3 amount | 20a | | |
| | PT Worksheet Line 8 amount | | 20b | |
| 21 | K-12 Education expense credit. **Complete ED Worksheet in instructions. or Schedule ED. Attach receipt or Schedule ED.** | | | |
| | ED Worksheet or Sch ED Line 1 amount | 21a | | |
| | ED Worksheet or Sch ED Line 10 amount | | 21b | |
| 22 | Earned Income Credit. **Complete EIC Worksheet in instructions.** | | | |
| | EIC Worksheet Line 1 amount | 22a | | |
| | EIC Worksheet Line 4 amount | | 22b | |
| 23 | Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. | | 23 | |
| 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is your payments and credits total. | | 24 | 1,291.00 |

Nonresidents may not claim a credit on Lines 19, 20, or 21. The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

**Step 8: Overpayment or Tax Due**

| | | | | |
|---|---|---|---|---|
| 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment**. | | 25 | 60.00 |
| 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due**. | | 26 | |

**Step 9: Penalty**

| | | | | |
|---|---|---|---|---|
| 27 | Late-payment penalty for underpayment of estimated tax | | 27 | |
| a | Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach Form IL-2210.** | | | |
| b | Check if at least two-thirds of your federal gross income is from farming . . . . . . . . . | | | |

**Step 10: Donations** Any donation will reduce your refund or increase the amount you owe

| | | | | |
|---|---|---|---|---|
| 28 | Amount you wish to donate to one or more of the following voluntary contribution funds: | | | |

| | | | | | |
|---|---|---|---|---|---|
| Wildlife | a | Breast Cancer | e | Diabetes | i |
| Child Abuse | b | Multiple Sclerosis | f | Autoimmune | j |
| Alzheimer's | c | Military Family | g | Lung Cancer | k |
| Homeless | d | IL Veterans' Home | h | | |

| | | | | |
|---|---|---|---|---|
| | Add Lines a through k. This is your donations total. | | 28 | |
| 29 | Add Line 27 and Line 28. This is your penalty and donations total. | | 29 | 0.00 |

**Step 11: Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | | 30 | 60.00 |
| 31 | **Amount from Line 30 that you want applied to 2006 estimated tax** | | 31 | |
| 32 | Subtract Line 31 from Line 30. This is your refund. | | 32 | 60.00 |
| 33 | Complete to direct deposit your refund | | | |

➡ **Direct Deposit** Routing number 071974408 [X] Checking or [ ] Savings
Account number 50244639

| | | | | |
|---|---|---|---|---|
| 34 | If you have tax due on Line 26, add Lines 26 and 29. **OR** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe. | | 34 | |

See instructions for payment options

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| For Information Only | | (773) 237-1739 | For Information Only | |
|---|---|---|---|---|
| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
| | 09/17/08 | (773) 384-1115 | 43-1862123 | |
| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN | |

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R-12/07)  DR _____ AP _____ CA DE EV ME MO PR RM RR TT TV VA WT WV ZZ ID _____

1040 (2007)  IL1040-2V 1.13
Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

1040 (2006)  IL1040-1V 1.13
Form Software Copyright 1996 - 2007 H&R Block Tax Services, Inc.

1040 (2006)  IL1040-2V 1.13
Form Software Copyright 1996 - 2007 H&R Block Tax Services, Inc.

SEP 16 2008 TUE 13:53 FM  PIONEER CREDIT                    FAX No.                     P. 001/01

Certificate Number: 00437-ILN-CC-004923975

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 16, 2008 _____, at 3:52 _____ o'clock PM MDT _____.

Demetra Walker _____ received from

Black Hills Children's Ranch, Inc. _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared ____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____.

Date: September 16, 2008 _____

By      /s/Kagney Mosteller _____

Name    Kagney Mosteller _____

Title   Credit Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Walker, Demetra
_____
Debtor(s)

Case No. _____

Chapter 13_____

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

Date: September 17, 2008

I (We) Demetra Walker _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____
(Debtor or Corporate Officer, Partner or Member)

Signature: _____
(Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)**
**OF THE BANKRUPTCY CODE**

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Walker, Demetra | **X** /s/ Demetra Walker          9/22/2008 |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | **X** _____ |
| | Signature of Joint Debtor (if any)          Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only